1  Frank Woodson
   Navan Ward
2  **BEASLEY, ALLEN, CROW, METHVIN,**
   **PORTIS & MILES, P.C.**
3  218 Commerce Street
   P.O. Box 4160
4  Montgomery, Alabama 36103
   Telephone: 334-269-2343
5  Facsimile: 334-954-7555
   Attorneys for Plaintiffs
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

| 12 | IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
|---|---|---|
| 14 | This Document Relates To: | |
| 15 | *James Alan Bell vs. G.D. Searle LLC, et al.* (05-4450 CRB) | **AMENDED STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| 17 | *James Rogers Fanning vs. G.D. Searle LLC, et al.* (05-4453 CRB) | |
| 19 | *John J. Driscoll vs. Pfizer Inc, et al.* (05-4584 CRB) | |
| 20 | *Barbara Clem vs. G.D. Searle LLC, et al.* (05-4736 CRB) | |
| 22 | *Kathleen Cote, et al. vs. G.D. Searle LLC, et al.* (05-5360 CRB) | |
| 23 | *Johnny Edwards vs. Pfizer Inc, et al.* (06-1914 CRB) | |
| 25 | *William Crowley vs. Pfizer Inc* (06-2668 CRB) | |
| 26 | *Connie B. Anderson vs. Pfizer Inc, et al.* (06-2784 CRB) | |
| 28 | *Tracy Baral vs. Pfizer Inc, et al.* (06-2912 CRB) | |

-1-

1
2   *Willevene Gruver, et al. vs. Pfizer Inc, et al.*
    (06-2940 CRB)

3   *Michael Castle, et al. vs. Pfizer Inc, et al.*
    (06-3061 CRB)
4
    *Henry Anderson vs. Pfizer Inc, et al.*
5   (06-3418 CRB)

6   *Carolyn Chasteen vs. Pfizer Inc, et al.*
    (06-3433 CRB)
7
    *James Craig vs. Pfizer Inc, et al.*
8   (06-3554 CRB)

9   *Connie Akridge vs. Pfizer Inc, et al.*
    (06-3555 CRB)
10
    *Faye Cochran vs. G.D. Searle LLC, et al.*
11  (06-3654 CRB)

12  *Herbert R. Gorham vs. G.D. Searle LLC, et al.*
    (06-3657 CRB)
13
    *David Dobbins vs. Pfizer Inc, et al.*
14  (06-3950 CRB)

15  *Vera A. Benefiel, et al. vs. Pfizer Inc, et al.*
    (06-4012 CRB)
16
    *Jerry Goodman vs. Pfizer Inc, et al.*
17  (06-4013 CRB)

18  *Gene N. Gordon vs. G.D. Searle LLC, et al.*
    (06-4294 CRB)
19
    *Alyce B. Elliott vs. Pfizer Inc, et al.*
20  (06-4419 CRB)

21  *Roger D. Conner vs. G.D. Searle LLC, et al.*
    (06-4483 CRB)
22
    *Elaine Givens vs. Pfizer Inc, et al.*
23  (06-4608 CRB)

24  *Shelia Adams, et al. vs. Pfizer Inc, et al.*
    (06-5040 CRB)
25
    *Veronica Grice, et al. vs. Pfizer Inc, et al.*
26  (06-5385 CRB)

27  *Jeffery L. Davis vs. Pfizer Inc, et al.*
    (06-7009 CRB)
28

-2-

| | |
|---|---|
| 1 | *Rick Detmer, et al. vs. Pfizer Inc, et al.* (06-7523 CRB) |
| 2 | |
| 3 | *Randy Gunter, et al. vs. Pfizer Inc, et al.* (06-7524 CRB) |
| 4 | *Robert C. Bonnett, et al. vs. Pfizer Inc, et al.* (06-7770 CRB) |
| 5 | |
| 6 | *Christene Canada vs. Pfizer Inc, et al.* (06-7771 CRB) |
| 7 | *Christine Erickson, et al. vs. Pfizer Inc, et al.* (06-7772 CRB) |
| 8 | |
| 9 | *Dannie Graham vs. Pfizer Inc, et al.* (06-7774 CRB) |
| 10 | *Troy L. Coker, et al. vs. Pfizer Inc, et al.* (06-7775 CRB) |
| 11 | |
| 12 | *Michael Fisher vs. Pfizer Inc, et al.* (07-0761 CRB) |
| 13 | *George S. Chiotakis vs. Pfizer Inc, et al.* (07-0860 CRB) |
| 14 | |
| 15 | *Ricky Estep vs. Pfizer Inc, et al.* (07-0971 CRB) |
| 16 | *Ralph Rocha, et al. vs. Pfizer Inc, et al.* (07-1124 CRB) |
| 17 | |
| 18 | *Shirley Darling, et al. vs. Pfizer Inc, et al.* (07-1356 CRB) |
| 19 | *Lawrence Burris, et al. vs. Pfizer Inc, et al.* (07-1371 CRB) |
| 20 | |
| 21 | *Richard L. Bowden vs. Pfizer Inc, et al.* (07-1375 CRB) |
| 22 | *Betty Grulke vs. Pfizer Inc, et al.* (07-1768 CRB) |
| 23 | |
| 24 | *Bradley John Cok, et al. vs. Pfizer Inc, et al.* (07-1874 CRB) |
| 25 | *Phyllis Buonopane vs. Pfizer Inc, et al.* (07-2026 CRB) |
| 26 | |
| 27 | *Connie LaGrew, et al. vs. Pfizer Inc, et al.* (07-3034 CRB) |
| 28 | *Betty Lou Bass vs. Pfizer Inc, et al.* |

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1. (07-3643 CRB)
2. *Rachel Carballo, et al. vs. Pfizer Inc, et al.* (07-3646 CRB)
3. 
4. *Chad James Flynn, et al. vs. Pfizer Inc, et al.* (07-3955 CRB)
5. *Helen Alexander, et al. vs. Pfizer Inc, et al.* (07-4382 CRB)
6. 
7. *James Dauphinais, et al. vs. Pfizer Inc, et al.* (07-4983 CRB)
8. *James Darty vs. G.D. Searle LLC, et al.* (07-5399 CRB)
9. 
10. *Robyn Anderson, et al. vs. Pfizer Inc, et al.* (07-5590 CRB)
11. *Morris Adams, et al. vs. Pfizer Inc, et al.* (07-5591 CRB)
12. 
13. *Peter Fos vs. Pfizer Inc, et al.* (07-5685 CRB)
14. *Michael H. Allen, et al. vs. Pfizer Inc, et al.* (07-5703 CRB)
15. 
16. *Vivian Cobb vs. Pfizer Inc, et al.* (08-0257 CRB)
17. *Roberta Bowman vs. Pfizer Inc, et al.* (08-0303 CRB)
18. 
19. *Harriet Bratcher vs. Pfizer Inc, et al.* (08-0795 CRB)
20. *Olive Beebe, et al. vs. Pfizer Inc, et al.* (08-0977 CRB)
21. 
22. *Ramond Beaver vs. Pfizer Inc, et al.* (08-1015 CRB)
23. *Robert Colman vs. Pfizer Inc, et al.* (08-1016 CRB)
24. 
25. *Robert E. Davis, et al. vs. Pfizer Inc, et al.* (08-1224 CRB)
26. *Rommie Anderson, et al. vs. Pfizer Inc, et al.* (08-1351 CRB)
27. 
28. *Tim Gray vs. Pfizer Inc, et al.* (08-1434 CRB)

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

| | |
|---|---|
| 1 | *Owen L. May, et al. vs. Pfizer Inc, et al.* |
| 2 | (08-1590 CRB) |
| 3 | *Ronald Carr, et al. vs. Pfizer Inc, et al.* |
| 4 | (08-1591 CRB) |
| 5 | *Mary Basilisco, et al. vs. Pfizer Inc, et al.* (08-1746 CRB) |
| 6 | *Earnest Colvin vs. Pfizer Inc, et al.* |
| 7 | (08-2470 CRB) |
| 8 | *Velma Burt vs. Pfizer Inc, et al.* (08-2471 CRB) |
| 9 | *Sarah Benton vs. Pfizer Inc, et al.* |
| 10 | (08-2605 CRB) |
| 11 | *Lawanda Bell vs. Pfizer Inc, et al.* (08-3708 CRB) |

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 10/29/2009    By: /s/ Navan Ward

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

-5-

| | |
|---|---|
| 1 | DATED: Oct. 29, 2009    By: /s/ _____ |
| 2 | |
| 3 | **DLA PIPER LLP (US)**<br>1251 Avenue of the Americas |
| 4 | New York, New York 10020<br>Telephone: 212-335-4500<br>Facsimile: 212-335-4501 |
| 5 | |
| 6 | *Defendants' Liaison Counsel* |
| 7 | |
| 8 | |
| 9 | **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.** |
| 10 | |
| 11 | Dated: NOV 1 3 2009 |
| 12 | Hon. Charles R. Breyer<br>United States District Court |

-6-